## Harrisburg Dairies, Inc., *v.* Milk Control Commission et al., Appellants.

Argued October 1, 1940. Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN and PATTERSON, JJ.

*Frank E. Coho,* Deputy Attorney General, with him *Claude T. Reno,* Attorney General, for appellants.

*Willis F. Daniels,* with him *Harold W. Swope* and *Elmer E. Harter, Jr.,* for appellee.

OPINION BY MR. CHIEF JUSTICE SCHAFFER, October 28, 1940.

For the reasons stated in *Green v. Milk Control Commission,* 340 Pa. 1, 16 A. 2d 9, the decree is affirmed at appellant's cost.

Mr. Justice STERN and Mr. Justice PATTERSON dissent for the reasons set forth in the dissenting opinion filed in the case of *Green v. Milk Control Commission,* 340 Pa. 1, 16 A. 2d 9.